IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARICK JOHNSON**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #185962

v.　　　　　　　　CASE NO. 4:25-CV-00886-BSM

**CITY OF LITTLE ROCK,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of October, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE